**This document was signed electronically on July 01, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____
**Pat E. Morgenstern-Clarren**
**United States Bankruptcy Judge**

**Dated: July 01, 2010**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 09-15181 |
| | ) | |
| CHALISA SHELTON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge PAT E. MORGENSTERN-CLARREN |
| | ) | |
| | ) | <u>ORDER GRANTING AMENDED MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT</u> |
| | ) | <ADDRESS OF REAL PROPERTY: |
| | ) | 3586 EAST 117TH STREET, |
| | ) | CLEVELAND, OH 44105> |

This matter came before the Court on the **Amended** Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant:). (Docket 39). Movant has alleged that good cause for granting the **Amended** Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the **Amended** Motion, and with notice of the hearing date on the **Amended** Motion. No party filed a response or otherwise appeared in opposition to the **Amended** Motion, or all responses have

been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the **Amended** Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property LOCATED AT 3586 EAST 117TH STREET, CLEVELAND, OH 44105.

# # #

SUBMITTED BY:

/s/ Erin M. Laurito
Erin M. Laurito (0075531)
Laurito & Laurito, LLC
7550 Paragon Road
Dayton, OH 45459
937-743-4878
Attorney for Movant

MAILING LIST

Chalisa Shelton, debtor
3586 East 117th Street
Cleveland, OH 44105
(served via US Mail)

Robert J. Berk
Attorney for Debtor
75 Public Sq.
#1425
Cleveland, OH 44113
(served via ECF Noticing)

Lauren A. Helbling, Trustee
1370 Ontario St.
#450
Cleveland, OH 44113
(served via ECF Noticing)

Office of the US Trustee
Howard Metzenbaum US Courthouse
201 Superior Avenue
Cleveland, OH 44114
(served via ECF Noticing)

Donald Wilson, interested party
3586 East 117th Street
Cleveland, OH 44105
(served via US Mail)

Erin M. Laurito
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459
(served via ECF Noticing)